

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HENRY KORZ | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. B-97-157 |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| CITY OF SOUTH PADRE ISLAND | * | |

United States District Court
Southern District of Texas
ENTERED

DEC 2 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER OF DISMISSAL

On this day came on to be heard the parties' Agreed Motion to Dismiss the above-entitled and numbered cause adn the Third Party Complaint, seeking dismissal of said actions with prejudice. The Court is of the opinion and finds that all matters in dispute between the Parties have been fully and finally compromised and settled.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause therein, as well as the Third Party Complaint against the City of South Padre Island, Texas, be and the same are dismissed with prejudice to the right of the Plaintiff and/or Third Party Plaintiff to refile same or any part thereof. All costs of court are taxed against the party by whom incurred.

SIGNED on this the 18th day of December, 1998, in Brownsville, Texas.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE

/2

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

JOSEPH ARTURO YBARRA §
§
§
§
versus § CIVIL ACTION B-98-91
§
§
VENUS PAULINE RAWSON §
CELADON TRUCKING SERV.S, INC., §

United States District Court
Southern District of Texas
ENTERED

DEC 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Final Order of Dismissal

1. Defendant CELADON TRUCKING SERV.S, INC.'S 12(b)(1) motion to dismiss (Dkt. No. 5) is GRANTED.

2. Plaintiff JOSEPH ARTURO YBARRA, a citizen of Texas, concedes in his response (Dkt. No. 10) that Defendant VENUS PAULINE RAWSON is a citizen of Texas, therefore, there is no complete diversity in this case. 28 U.S.C. §1332(a).

   IT IS THEREFORE ORDERED that this case be DISMISSED for lack of subject matter jurisdiction.

SIGNED _December 17_, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

```
CASE:       1:97-cv-00171
DOCUMENT:   20
DATE:       12/28/98

CLERK:      mguz
```

ClibPDF - www.fastio.com

20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA OLGA GALVAN | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-97-171 |
| PEPSICO, INC., d/b/a | * | |
| PEPSI-COLA COMPANY | * | |

O R D E R

By motion filed December 8, 1998, Plaintiff seeks additional time to respond to Defendant's Motion for Summary Judgment.

The Plaintiff may have until December 28, 1998, to file his response to said motion.

It is so Ordered.

Done at Brownsville, Texas, this _____ day of December, 1998.

Stewart A. Newblatt
United States District Judge

```
CASE:      1:97-cv-00219
DOCUMENT:  23
DATE:      12/28/98

CLERK:     mguz
```

23

# UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

Wallace + Hazel Glaze §
§
versus §
§   CIVIL ACTION 97-219
§
Southern Comport Resort §
Park, Inc. §

**United States District Court**
**Southern District of Texas**
**ENTERED**

**DEC 28 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Order Resetting Conference

The ~~pretrial~~ Status conference set __12-17-98__, has been reset to:

__2-15-99__,

at __9:00__ A..m.

Signed on __December 17__, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.